Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 DEC 21 PM 3:36
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____

| | |
|---|---|
| HARU LINDSEY, an individual,<br><br>　　　　　　Plaintiff,<br>vs<br><br>GMAC MORTGAGE CORPORATION, dba<br>DITECH.COM, an entity of unknown form;<br>and DOES 1-10, inclusive,<br><br>　　　　　　Defendant(s). | SUMMONS IN A CIVIL ACTION<br>Case No.<br><br>**'07 CV 2404 BTM CAB** |

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Deborah L. Raymond, Esq.
Law Offices of Deborah L. Raymond
380 Stevens Avenue, Suite 205
Solana Beach, CA 92075                                    Tel: 858-481-9559

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                                    DEC 21 2007
K. HAMMERLY                                               DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)