1  Stuart B. Wolfe, Esq. (SBN 156471)
   sbwolfe@wolfewyman.com
2  David M. Chute, Esq. (SBN 136564)
   dmchute@wolfewyman.com
3  WOLFE & WYMAN LLP
   5 Park Plaza, Suite 1100
4  Irvine, California 92614-5979
   Telephone: (949) 475-9200
5  Facsimile:  (949) 475-9203

6  Attorneys for Defendant
   GMAC MORTGAGE, LLC in its own capacity and dba DITECH,
7  erroneously named as GMAC MORTGAGE CORPORATION dba
   DITECH.COM
8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

11
12  HARU LINDSEY, an individual,        Case No. 07 CV 2404 BTM CAB

13              Plaintiff,               **NOTICE OF PARTY WITH
                                         FINANCIAL INTEREST**
14       v.
                                         [Local Rule 40.2]
15  GMAC MORTGAGE
    CORPORATION, dba DITECH.COM,
16  an entity of unknown form; and DOES
    1-10, inclusive,
17
                Defendants.
18
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

                                    1

TO THE COURT:

The undersigned, counsel of record for Defendant GMAC MORTGAGE, LLC represents that GMAC MORTGAGE, LLC has a direct, pecuniary interest in the outcome of this case. GMAC MORTGAGE, LLC is a wholly owned subsidiary of GMAC Residential Holding Company, LLC. This representation is made to enable the Court to evaluate possible disqualification or recusal.

DATED: February 12, 2008        WOLFE & WYMAN LLP

By: _____
STUART B. WOLFE
DAVID M. CHUTE
Attorneys for Defendant
**GMAC MORTGAGE, LLC in its own capacity and dba DITECH, erroneously named as GMAC MORTGAGE CORPORATION dba DITECH.COM**

**PROOF OF SERVICE**

**STATE OF CALIFORNIA**      )
                             )  ss.
**COUNTY OF ORANGE**         )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1100, Irvine, California 92614-5979.

On February 12, 2008, I served the document(s) described as NOTICE OF PARTY WITH FINANCIAL INTEREST [Local Rule 40.2] on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☒   **BY MAIL**: as follows:

  ☒   **FEDERAL** – I deposited such envelope in the U.S. Mail at Irvine, California, with postage thereon fully prepaid.

☐   **BY EXPRESS MAIL** as follows: I caused such envelope to be deposited in the U.S. Mail at Irvine, California. The envelope was mailed with Express Mail postage thereon fully prepaid.

☐   **BY CERTIFIED MAIL** as follows: I am "readily familiar" with Wolfe & Wyman LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; such envelope will be deposited with the United States Postal Service on the above date in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing, by Certified United States Mail, Return Receipt Requested, on the above date according to Wolfe & Wyman LLP's ordinary business practice.

☐   **BY PERSONAL SERVICE** as follows: I caused a copy of such document(s) to be delivered by hand to the offices of the addressee between the hours of 9:00 A.M. and 5:00 P.M.

☐   **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☐   **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

☐   **STATE**      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   **FEDERAL**    I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on February 12, 2008, at Irvine, California.

_____
KATHY HAGMAIER

**SERVICE LIST**
**USDC – SOUTHERN DISTRICT – Case No. 07 CV 2404 BTM CAB**
**HARU LINDSEY v. GMAC MORTGAGE, et al.**
**W&W File No. 1353-066**
[Revised: [Date] ]

| | |
|---|---|
| Deborah L. Raymond, Esq.<br>LAW OFFICES OF DEBORAH L. RAYMOND<br>480 Stevens Avenue, Suite 205<br>Solana Beach, CA 92075<br>(858) 471-9559 | Attorneys for Plaintiff HARU LINDSEY |